# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (BALTIMORE DIVISION)

| | |
|---|---|
| IN RE: | * |
| | *    Case No.: 25-19909 MMH |
| WKH, L.L.C., | * |
| | *    Chapter 11 |
|     Debtor. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR SERVICE
## OF NOTICES AND OTHER PAPERS

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance in the above-captioned bankruptcy case as counsel for Creditor, Trius Lending Partners c/o Superior Settlement Services LLC.

Pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2002-1, all notices, motions, applications and other papers and pleadings filed with the court in this case are to be served on:

> SCOTT B. WHEAT
> PIEL LAW FIRM, LLC
> 502 Washington Avenue, Suite 730
> Towson, Maryland  21204
> Phone No.:  (410) 849-4888
> Facsimile No.:  (410) 849-4889
> E-mail:  swheat@piellawfirm.com
> *Counsel for Trius Lending Partners*
> *c/o Superior Settlement Services LLC*

Respectfully submitted,

/s/ Scott B. Wheat
SCOTT B. WHEAT, Fed. Bar No. 16522.
PIEL LAW FIRM, LLC
502 Washington Avenue, Suite 730
Towson, Maryland 21204
Phone No.: (410) 849-4888
Facsimile No.: (410) 849-4889
E-mail: swheat@piellawfirm.com
*Counsel for Trius Lending Partners*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __4h__ day of November, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Entry of Appearance will be served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| US Trustee - Baltimore | Gary S. Poretsky |
| *Trustee* | *Attorney for Debtor* |

I FURTHER CERTIFY that on the __4h__ day of November, 2025, a copy of the foregoing Entry of Appearance was served upon the following parties by first class mail, postage prepaid,:

WKH, L.L.C.
209 Goodwood Gdns.
Baltimore, MD 21210
*Debtor*

/s/ Scott B. Wheat
Scott B. Wheat, Esquire
PIEL LAW FIRM, LLC

2