**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | **Case No. 25-19909 MMH** |
| **WKH, L.L.C.** | * | **(Chapter 11)** |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE OF COUNSEL**
**AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

NOTICE IS HEREBY GIVEN that Scott Robinson of Hofmeister Robinson & DiPietro, hereby appears in this matter as counsel for Truis Lending Partners, a creditor in the above-captioned case, and requests, as provided for in 11 U.S.C. §§ 342(e) and 1109(b), as well as Fed. R. Bankr. P. 2002(g) and 9010, that the undersigned be placed on the mailing matrix for this case and on all special or limited matrices and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the following at the address set forth below:

> Scott Robinson, Esq.
> Hofmeister Robinson & DiPietro
> 11350 McCormick Road, Suite 601
> Executive Plaza II
> Hunt Valley, Maryland 21031
> Phone:  (410) 832-8822 ext. 4
> Fax:     (410) 832-8833
> ScottR@hrdlawyers.com

    /s/ Scott R. Robinson
Scott R. Robinson, Bar No. 10184
HOFMEISTER, ROBINSON & DIPIETRO
11350 McCormick Road,
Executive Plaza II, Suite 601
Hunt Valley, Maryland 21031
(410) 832-8822
(410) 832-8833 Facsimile

*Counsel for Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2026, a copy of the foregoing was served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

WKH, L.L.C.
209 Goodwood Gardens
Baltimore, MD 21210-2531
*(Debtor)*
*Via First Class Mail*

Gary S. Poretsky
6 Church Lane
Pikesville, MD 21208
*(Attorney for Debtor)*
*Via CM/ECF*

Hugh M. (UST) Bernstein
Office of U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
*(Attorney for Trustee)*
*Via CM/ECF*

    /s/ Scott Robinson
Scott Robinson