IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: | * |
| | * |
| WKH, LLC | *     Case No.: 25-19909 |
| | *     Chapter 11 |
| Debtor-in-Possession | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RESPONSE TO MOTION TO CONVERT OR DISMISS CASE FILED BY US TRUSTEE**

COMES NOW WKH LLC, the Debtor and Debtor in Possession, by and through undersigned counsel, and respectfully responds to the US Trustee's Motion to Convert or Dismiss and in support thereof states:

1. The Debtor's representative has had serious health issues making it difficult for him to comply with the bankruptcy requirements.

2. Upon information and belief, the Debtor now has other members of the LLC in managing the paperwork requirements.

3. The Debtor has obtained and forwarded taxes, proof of opening a DIP account, leases and bank statements to the US Trustee.  The Debtor is currently preparing the delinquent monthly reports.

WHEREFORE, the Debtor respectfully requests that the Court:

A) Deny the Motion; and

B) Grant the Debtor such other and further relief as the Court deems necessary and proper.

Dated: February 19, 2026                     /s/*Gary S. Poretsky*
                                              Gary S. Poretsky #28336
                                              The Law Offices of Gary S. Poretsky, LLC

                                          6 Church Lane
Pikesville, Maryland 21208
Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this, February 19, 2026, a copy of the foregoing was electronically served upon the US Trustee.

/s/*Gary S. Poretsky*
Gary S. Poretsky