IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:

WKH, L.L.C.,                                            Case No. 25-19909
                                                                            (Chapter 13)

        Debtor

---

TRIUS LENDING PARTNERS,

        Movant

v.

WKH, L.L.C.,

        RESPONDENT(S)

---

### RESPONSE TO MOTION SEEKING RELIEF FROM AUTOMATIC STAY

COMES NOW, the Debtor by and through undersigned counsel, and responds to the above captioned Motion, and in support thereof states:

1. Debtor has filed an Amended Petition to correct the mis designation as Single Asset Real Estate.

2. Upon information and belief, the Movant has appraised the subject property.

3. The Debtor's managing party has had severe health challenges and is now being assisted in preparation of the Monthly Operating Reports and preparation of a Plan susceptible to confirmation.

4. The Debtor is in talks with a potential purchaser who would pay more than would be paid at an auction.

Wherefore the Debtor respectfully requests that this Court:

A)     DENY the Motion for Relief;

B)  And Grant such other relief as is necessary and proper.

Dated: February 27, 2026  /s/*Gary S. Poretsky*
Gary S. Poretsky #28336
The Law Offices of Gary S. Poretsky, LLC
6 Church Lane
Pikesville, Maryland 21208
Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this, February 27, 2026, a copy of the foregoing Debtor's Response caused to be served via email pursuant to the CMECF website to:

US Trustee
Creditor/Movant
No other service is necessary.

/s/*Gary S. Poretsky*
Gary S. Poretsky