Entered: April 10th, 2026
Signed: April 10th, 2026

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | |
| **WKH, LLC** | Bankruptcy Case:  25-19909-MMH |
| Debtor | Chapter 11 |

## CONSENT ORDER DISMISSING CHAPTER 11 CASE
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

Upon consideration of the United States Trustee's Motion to Convert to Chapter 7 or Dismiss, and Debtor's consent thereto, it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. §1112(b), and that dismissal is in the best interests of creditors and the estate, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the above-captioned Chapter 11 case be and hereby is dismissed.

**ALL PARTIES ARE HEREBY NOTIFIED**, that the automatic stay imposed by

11 U.S.C. § 362(a) is terminated.

SEEN AND CONSENTED TO:

| */s/ Hugh M. Bernstein* | /s/ *Gary S. Poretsky* |
|---|---|
| Hugh M. Bernstein (Fed. Bar No.: 23489) | Gary S. Poretsky (Fed. Bar No.: 18336) |
| United States Department of Justice | The Law Offices of Gary S. Poretsky |
| 101 West Lombard Street | 6 Church Lane |
| Baltimore, Maryland 21201 | Pikesville, Maryland 21208 |
| (410) 962-4300 | (443) 738-5432 |
| hugh.m.bernstein@usdoj.gov | gary@plgmd.com |

cc:   Hugh M. Bernstein
      Gary S. Poretsky
      Scott R. Robinson
      Scott Bryan Wheat
      Debtor
      All Creditors

**[End of Order]**